212 U.S. 560
 29 S.Ct. 688
 53 L.Ed. 652
 PITTSBURGH, CINCINNATI, CHICAGO, & ST. LOUIS RAILWAY COMPANY, Plaintiff in Error,
v.
GEORGE W. LIGHTHEISER. NO 141. PITTSBURGH, CINCINNATI, CHICAGO, & ST. LOUIS RAILWAY COMPANY, Plaintiff in Error, v. THOMAS COLLINS. NO 142. PITTSBURGH, CINCINNATI, CHICAGO, & ST. LOUIS RAILWAY COMPANY, Plaintiff in Error, v. WILLIAM R. ROSS. NO 178. Supreme Court of the United States December 7, 1908 Mr. Allen Zollars for plaintiff in error. Mr. Stewart T. McConnell for defendants in error. djQ Per Curiam: Writs of error severally dismissed for want of jurisdiction. Tullis v. Lake Erie & W. R. Co. 175 U. S. 348, 44 L. ed. 192, 20 Sup. Ct. Rep. 136; Pittsburgh, C. C. & St. L. R. Co. v. Lightheiser, 168 Ind. 438, 78 N. E. 1033; Pittsburgh, C. C. & St. L. R. Co. v. Collins, 168 Ind. 467, 80 N. E. 415; Pittsburgh, C. C. & St. L. R. Co. v. Ross, 169 Ind. 3, 80 N. E. 845. Clevenger v. Chaney [29SCt688,212US562,53LEd652] 29 S.Ct. 688 212 U.S. 562 53 L.Ed. 652 E. E. CLEVENGER, Trustee in Bankruptcy, etc., Appellant, v. ALLEN CHANEY. NO 221. E. E. CLEVENGER, Trustee in Bankruptcy, etc., Appellant, v. JAMES D. LYLE. NO 222. E. E. CLEVENGER, Trustee in Bankruptcy, etc., Appellant, v. EMILY M. NICHOLS. NO 223.
 Nos. 221, 222, and 223
 December 14, 1908.
 
 1
 Messrs. E. E. Clevenger and Cook Danford for appellant.
 
 
 2
 Mr. A. H. Mitchell for appellees.
 
 
 3
 Per Curiam: Appeals dismissed for want of jurisdiction. Applications for Certiorari denied. Chapman v. Bowen, 207 U. S. 89, 52 L. ed. 116, 28 Sup. Ct. Rep. 32.